UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WHAT DO YOU MEME, LLC,

Plaintiff,

-against-

NOVELTY, INC.,

Defendant.

26-CV-06650 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff timely served Defendant with the summons and complaint in this matter on September 4, 2026, by delivering two copies of the summons and complaint on the Secretary of State of the State of New York. (*See* ECF 10.) Plaintiff is further directed to serve a copy of the summons, complaint, and this Order on Defendant by mail at its last known physical address and email address by **September 16, 2026** and to file proof of such service on the docket by **September 16, 2026**.

DATED: September 14, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**