UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WHAT DO YOU MEME, LLC,

Plaintiff,

-against-

NOVELTY, INC.,

Defendant.

26-CV-06650 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff timely served Defendant with the summons and complaint in this matter on September 4, 2026. (*See* ECF 10.) Defendant was therefore required to respond to the Complaint by September 25, 2026. (*See id*.) To date, Defendant has not filed a response to the complaint.

Accordingly, I am sua sponte extending the Defendant's deadline to respond to the complaint nunc pro tunc until **October 8, 2026**. Plaintiff is directed to serve a copy of this order on Defendant by **September 30, 2026** by mail at its last known physical address and email address and to file proof of service on the docket by **September 30, 2026**.

DATED: September 28, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**